STATE OF NORTH CAROLINA v. WILLIE ALFRED MILLANDER
AND NORMAN M. WRAY

No. 744SC770

(Filed 6 November 1974)

ON *certiorari* to review the trial of defendants before *Cohoon, Judge,* at the 21 May 1973 Session of Superior Court held in ONSLOW County. Heard in the Court of Appeals on 15 October 1974.

The defendants, Willie Alfred Millander and Norman M. Wray, were charged in separate bills of indictment, proper in form, with feloniously assaulting Steven C. Maddox with deadly weapons with intent to kill inflicting serious bodily injury. Both defendants were found guilty as charged. On 24 May 1973 the trial court entered judgment sentencing each defendant to ten (10) years in prison. On 28 June 1974 this court allowed defendant Millander's petition for a writ of certiorari to perfect a late appeal, and on 10 July 1974 this court allowed defendant Wray's petition for a writ of certiorari to perfect a late appeal.

*James H. Carson, Jr., Attorney General, by Assistant Attorney General Charles M. Hensey for the State.*

*No counsel contra.*

HEDRICK, Judge.

The record on appeal contains no exceptions or assignments of error. Nevertheless, the appeal itself presents the face of the record proper for review. Accordingly, after examining the record proper, we find that the court trying the defendants was properly organized and the bills of indictment are proper in form. The verdicts are proper, conform with the bills of indictment, and support the judgments entered. The prison sentences imposed are within the limits prescribed by statute for the offenses charged. No error appears on the face of the record proper.

No error.

Judges MORRIS and BALEY concur.